**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

MARREN ATIENO LIECH,

Petitioner,

v.

MARKWAYNE MULLIN,
*Secretary of Homeland Security*,
TODD LYONS,
*Acting Director, U.S. Immigration and Customs Enforcement*,
NIKITA BAKER,
*Field Office Director, Baltimore Field Office, U.S. Immigration and Customs Enforcement*,
and
TODD BLANCHE, *Attorney General*,
*in their official capacities*,

Respondents.

Civil Action No. 26-3114-TDC

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Petitioner Marren Atieno Liech's Petition for a Writ of Habeas Corpus, ECF No. 1, is GRANTED in that:

   a. Respondents are directed to release Liech from U.S. Immigration and Customs Enforcement custody no later than **Tuesday, September 29, 2026 at 5:00 p.m.**, subject to the same or less restrictive conditions applicable to her prior release.

   b. Respondents shall not re-detain Liech (1) unless they comply with the requirements of 8 C.F.R. § 241.13(i); and (2) unless she has first received a reasonable fear

interview in relation to Cameroon or any other specifically identified country to which she could be removed, and, if she seeks it, review of the fear determination by an immigration judge.

c. In order to ensure the effectuation of this Order, the Court's suspension of removal of Liech from the continental United States as set forth in the Order of September 14, 2026, ECF No. 18, is extended for an additional **7 days** from the date of this Order.

2. Respondents' counsel shall notify all appropriate officials of this Order promptly and provide all necessary information and documents to effectuate compliance with this Order.

3. Within **7 days** of the date of this Order, the parties shall file a Joint Status Report to confirm Respondents' compliance with this Order. The Joint Status Report shall also state whether the parties agree that the case may be closed, subject to the Court's retention of jurisdiction to enforce compliance with prior Orders.

Date: September 28, 2026

THEODORE D. CHUANG
United States District Judge